JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS & SONS HOSPITALITY, LLC, a California Limited Liability Company; MUKESH K. PATEL, <br><br> Plaintiffs, <br><br> vs. <br><br> DB INSURANCE CO., LTD.; and, DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendants. | Case No. CV-20-01994-JGB (SHKx) <br><br> *Honorable Jesus G. Bernal* <br><br> **JUDGMENT** |

After considering the papers filed in support of Defendant DB INSURANCE CO., LTD.'s Motion for Summary Judgment on Plaintiffs MS & SONS HOSPITALITY, LLC and MUKESH K. PATEL's First Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendant DB Insurance Co., Ltd.'s Motion for Summary Judgment is granted in its entirety;

2. Plaintiffs MS & Sons Hospitality, LLC and Mukesh K. Patel's breach of contract claim and California Unfair Competition Law claim against Defendants DB Insurance Co., Ltd. and Does 1 through 10 are dismissed; and

3. Final judgment be entered in favor of Defendant DB Insurance Co., Ltd.

**IT IS SO ORDERED.**

Dated: April 7, 2022

_____
Honorable Jesus G. Bernal
United States District Judge